| | |
|---|---|
| 1 | ALAN C. CHEN, (SBN 224420) |
|   | acchen@zuberlaw.com |
| 2 | ZACHARY S. DAVIDSON, (SBN 287041) |
|   | zdavidson@zuberlaw.com |
| 3 | ZUBER LAWLER & DEL DUCA LLP |
|   | 350 South Grand Avenue, 32nd Floor |
| 4 | Los Angeles, CA 90071 |
|   | Telephone:  (213) 596-5620 |
| 5 | Facsimile:   (213) 596-5621 |
| 6 | Attorneys for Plaintiff, |
|   | Chun-Fang ("Frank") Chung |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHUN-FANG ("FRANK") CHUNG | Case No.: 2:17-cv-03402-DMG-KS |
|---|---|
| Plaintiff, | **NOTICE OF TENTATIVE SETTLEMENT** |
| v. | Trial Date:   May 1, 2018, 8:30 a.m. |
| VICKY CHUNG, *et al.* | |
| Defendant(s). | |

2190-1004 / 1168624.2

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:  Pursuant to Federal Rule of Civil Procedure 23.1 and a notice from the Court dated, May 1, 2018, Plaintiff Chun-Fang ("Frank") Chung respectfully submits this Notice of Tentative Settlement, as follows:

1.  As set forth in the mediator's report (ECF 32), the parties have reached a tentative settlement of this matter;

2.  The parties' tentative settlement, which is confidential, resolves not only the instant matter, but also a breach of contract action currently pending in the Los Angeles Superior Court, as well as litigation currently pending in Taiwan;

3.  The parties' tentative settlement is currently reflected on a term sheet, which shall be reduced to a final, long-form agreement within six weeks of the parties' April 26, 2018 mediation. That length of time is necessary due to the inherent complexities of a coordinated global settlement that requires input by the different parties and their respective counsel in different countries and under different laws;

4.  Once the final, long-form agreement has been executed, the parties will submit the final, long-form agreement under seal to the Court for approval; and

5.  Because the terms of the parties' proposed settlement requires scheduled payments – including certain payments not due until six months after execution of the final, long-form agreement – Plaintiff expects the stipulated dismissal without prejudice contemplated by the parties' proposed settlement will be filed no later than eight months from today's date (*i.e.*, by January 1, 2019).

Respectfully submitted.

Dated: May 1, 2018              By:     /s/ Alan C. Chen
                                        Alan C. Chen
                                        Zachary S. Davidson
                                        ZUBER LAWLER & DEL DUCA LLP
                                        Attorneys for Plaintiff,
                                        Chun-Fang ("Frank") Chung